UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WILLIS BOYD ANNIS, III,

           Plaintiff,

   v.

JEREMY D. ANNIS, et al.,

           Defendants.

Case No. C22-0425-RAJ-SKV

REPORT AND RECOMMENDATION

## I.    INTRODUCTION AND SUMMARY CONCLUSION

Plaintiff, proceeding *pro se* and *in forma pauperis* (IFP), brings this action against Kelli Hall, Jeremy D. Annis, and Machelle L. Sherels, alleging Defendants committed theft of his identity. Dkt. 5.

The Court issued an Order Striking Pending Motions and Granting Leave to Amend. Dkt. 14. As stated in that Order, to sustain his action Plaintiff needed to state a claim on which relief may be granted. *See id.* at 2. While Plaintiff's complaint made allegations of identity theft, the Court found he had failed to put forth a single claim or cause of action against Defendants, contravening the requirements found in Federal Rule of Civil Procedure 8(a). *Id.* (citing Fed. R. Civ. P. 8(a)(2) (requiring a complaint to contain a "short and plain statement of

REPORT AND RECOMMENDATION - 1

the claim showing that the pleader is entitled to relief")).  Those allegations Plaintiff did put forth appeared criminal in nature and therefore provided no basis for civil liability.  *Id.* at 2-3. Furthermore, the Court advised that the statute Plaintiff cited his allegations under, 28 U.S.C. § 1332, concerned federal jurisdiction and did not entitle Plaintiff to any form of substantive relief. *Id.* at 3.

Given the deficiencies described above, the Court struck Plaintiff's pending motions, Dkts. 6, 9-11, and granted Plaintiff leave to amend his complaint to correct the identified deficiencies, if possible.  *Id.*  The Court directed Plaintiff to file an amended complaint on or before October 12, 2022, if he intended to pursue this lawsuit.  *Id.*  The Court further advised Plaintiff that if he failed to file by the deadline an amended complaint that adequately addressed the deficiencies raised in the Order, the Court would recommend dismissal of this action.  To date, the Court has not received from Plaintiff an amended complaint or other response to its Order.

For the reasons stated in the Order and discussed above, the Court now recommends that Plaintiff's complaint, Dkt. 5, be dismissed without prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim on which relief may be granted.  A proposed Order accompanies this Report and Recommendation.

## II.    OBJECTIONS

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **fourteen (14) days** of the date on which this Report and Recommendation is signed.  Failure to file objections within the specified time may affect your right to appeal.  Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed.  Responses to objections may be filed within

**fourteen (14) days** after service of objections.  If no timely objections are filed, the matter will be ready for consideration by the District Judge on **November 25, 2022**.

Dated this 9th day of November, 2022.

S. KATE VAUGHAN
United States Magistrate Judge

REPORT AND RECOMMENDATION - 3