UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIS BOYD ANNIS, III,<br><br>            Plaintiff,<br><br>   v.<br><br>JEREMY D. ANNIS, et al.,<br><br>            Defendants. | Case No. C22-0425-RAJ-SKV<br><br>ORDER OF DISMISSAL |

Having reviewed the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, any objections or responses, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) This case is DISMISSED without prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim on which relief may be granted.

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Vaughan.

Dated this 30th day of November, 2022.

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL - 1